IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Ethiopian Airlines Flight ET 302 Crash | Lead Case: 1:19-cv-02170 <br><br> Honorable Jorge L. Alonso <br><br> **Consolidated With**: <br><br> 1:19-cv-02281  1:19-cv-02322 <br> 1:19-cv-02348  1:19-cv-02531 <br> 1:19-cv-02597  1:19-cv-02709 <br> 1:19-cv-02770  1:19-cv-02839 <br> 1:19-cv-02840  1:19-cv-02841 <br> 1:19-cv-02842  1:19-cv-02843 <br> 1:19-cv-02844  1:19-cv-02846 <br> 1:19-cv-02847  1:19-cv-02848 <br> 1:19-cv-02849  1:19-cv-02869 <br> 1:19-cv-02971  1:19-cv-03285 <br> 1:19-cv-03297  1:19-cv-03298 <br> 1:19-cv-03381  1:19-cv-03392 <br> 1:19-cv-03506  1:19-cv-03525 <br> 1:19-cv-03540  1:19-cv-03668 <br> 1:19-cv-03669  1:19-cv-03671 <br> 1:19-cv-03677  1:19-cv-03740 <br> 1:19-cv-03751  1:19-cv-03819 <br> 1:19-cv-03820  1:19-cv-03822 <br> 1:19-cv-03823  1:19-cv-03824 <br> 1:19-cv-03844  1:19-cv-03845 <br> 1:19-cv-03846  1:19-cv-03901 <br> 1:19-cv-03927  1:19-cv-03965 <br> 1:19-cv-04004  1:19-cv-04009 <br> 1:19-cv-04027 |

**DEFENDANT THE BOEING COMPANY'S
MOTION FOR REASSIGNMENT OF RELATED CASES**

Defendant The Boeing Company ("Boeing") respectfully moves this Court to enter an order finding the above-captioned case is related to the seven cases listed on Exhibit A, and reassigning the cases listed on Exhibit A to this Court, pursuant to Local Rule 40.4. In support of this Motion, Boeing states as follows:

1. On March 10, 2019, a Boeing 737-8 aircraft (the "Subject Aircraft"), operated by Ethiopian Airlines as Ethiopian Airlines Flight 302 ("Flight 302"), departed from Addis Ababa, Ethiopia en route to Nairobi, Kenya. Shortly after takeoff, Flight 302 crashed into the Ethiopian countryside. All 157 passengers and crew members died in the accident.

2. On March 28, 2019, plaintiffs filed this lawsuit (the "*Debets*" action) against Boeing on behalf of a Flight 302 passenger. Plaintiffs filed an amended complaint on April 16, 2019. *See* Dkt. 14. The *Debets* plaintiffs claim the crash occurred because of alleged defects on the Subject Aircraft. *See id*. The *Debets* complaint alleges wrongful death and survival claims, and asserts causes of action sounding in strict products liability and negligence. *Id*.

3. The Court consolidated *Debets* and all related Flight 302 actions pending before it and captioned the consolidated proceeding "In re: Ethiopian Airlines Flight ET 302 Crash." *See* Dkt. 35, 53. Forty-eight related Flight 302 lawsuits are currently pending before this Court.

4. Seven other lawsuits are pending in this District against Boeing on behalf of Flight 302 passengers (the "Subject Actions"). A list of the Subject Actions and assigned District Court judges is attached as Exhibit A.[1] The complaints are attached as Exhibits B-H.[2]

5. Plaintiffs in the Subject Actions also claim the accident occurred because of alleged defects on the Subject Aircraft. *See* Exs. B-H. The Subject Actions also allege wrongful death and survival claims, and assert causes of action sounding in strict products liability and negligence, among others. *Id*.

6. Judges in this District have observed that the random case assignment system can often lead to "situations in which two or more cases that are closely related will be pending before different judges." *Garner v. Country Club Hills*, No. 11 C 5164, 2012 WL 1900020, at *1 (N.D. Ill. May 23, 2012). Accordingly, Local Rule 40.4(b) provides for assignment of

---

[1] One of the Subject Actions, *Akeyo et. al. v. The Boeing Company*, 19-cv-04106, was assigned to this Court. Boeing requests that this Court designate the case as related to the consolidated Flight 302 proceeding and the other Subject Actions.

[2] *Akeyo* was originally filed in the Circuit Court of Cook County, Illinois and served on Boeing on May 22, 2019. Boeing timely removed the lawsuit to this District on June 19, 2019. The notice of removal, without exhibits except for the complaint, is attached as Exhibit D.

"related" actions to a single judge where "(1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding." Actions are related if the cases involve some of the same issues of fact or law or the cases grow out of the same transaction or occurrence. *See* L.R. 40.4(a)(2)-(3).

7. Courts routinely reassign related cases under this rule. *See e.g., Popovich v. McDonald's Corp.,* 189 F. Supp. 2d 772, 778 (N.D. Ill. 2002) (finding L.R. 40.4(b)(4) met where two civil cases "[arose], in significant part, from the same transactions and occurrences" and were "susceptible of resolution in a single proceeding," and "because of the overlap in issues, the handling of both cases by one judge [was] likely to result in a substantial savings of time and effort"); *Perry v. Chicago Housing Auth.,* No. 13-cv-5819, 2013 WL 5408860, at *2-3 (N.D. Ill. Sept. 26, 2013) (same). Indeed, more than forty-five Flight 302 cases have been reassigned under this rule to this Court. *See, e.g.,* Dkt. 15, 23, 33, 47, 65.

8. Given the factual allegations at issue, the Subject Actions involve "common question[s] of law or fact" with and are "related" to the consolidated case under Local Rule 40.4(a). The Subject Actions and the consolidated case involve wrongful death and survival claims brought on behalf of Flight 302 passengers against Boeing. Plaintiffs in the Subject Actions and the consolidated case assert causes of action involving strict products liability and negligence theories. The claims arise out of the same incident on March 10, 2019. The remaining conditions for reassignment under Local Rule 40.4(b) also are met. First, due to the random assignment system, the Subject Actions are now pending in this District before six judges. Second, reassigning the Subject Actions to this Court will conserve judicial resources because the cases involve the same allegations and issues and, therefore, it will be far more efficient to have one judge preside over them. Third, reassignment would not cause delay as the

cases are at their inception. Fourth, the cases are susceptible to disposition in a single proceeding.

WHEREFORE, for the reasons stated above, Boeing respectfully requests that this Court issue an order, in accordance with Local Rule 40.4, that finds the consolidated case is related to the Subject Actions, and reassigns the Subject Actions to this Court.

DATED: June 24, 2019            **THE BOEING COMPANY**

By: /s/ Jon R. Buck
      *One of its Attorneys*

Jon R. Buck
JBuck@perkinscoie.com
Perkins Coie LLP
131 S. Dearborn, Suite 1700
Chicago, Illinois 60603-5559
Phone: (312) 324-8400
Fax: (312) 324-9400

Bruce D. Campbell
BCampbell@perkinscoie.com
Michael Scoville
MScoville@perkinscoie.com
Christopher M. Ledford
CLedford@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

**CERTIFICATE OF SERVICE**

      I, Jon R. Buck, certify that on June 24, 2019, I electronically filed the foregoing ***DEFENDANT THE BOEING COMPANY'S MOTION FOR REASSIGNMENT OF RELATED CASES*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record, and by email.

| | | |
|---|---|---|
| Andrew T. Hays<br>ahays@haysfirm.com<br>Sarah Buck<br>Sarah.buck@haysfirm.com<br>Hays Firm LLC<br>55 W. Wacker Drive, 14th Fl.<br>Chicago, IL 60602<br>Tel: (312) 626-2537 | Floyd A. Wisner<br>faw@wisner-law.com<br>WISNER LAW FIRM<br>514 W. State St., Ste. 200<br>Geneva, IL 60134<br>Tel: (630) 262-9434 | Carlos Velasquez<br>CVelasquez@VDATrialLawyers.com<br>Alejandro Larrazabal<br>ALarrazabal@VDATrialLawyers.com<br>Velasquez Dolan Arias, P.A.<br>101 N. Pines Island Road, Suite 201<br>Plantation, Florida 33324<br>Tel: (954) 382-0533 |
| *and* | *and* | *and* |
| Steven C. Marks<br>smarks@podhurst.com<br>Kristina M. Infante<br>kinfante@podhurst.com<br>PODHURST ORSECK P.A.<br>SunTrust International Center<br>Ste 2300<br>One S.E. Third Ave.<br>Miami, Florida 33131<br>Tel: (305) 358-2800<br>*Counsel for Plaintiffs*<br>*Case No. 19 cv 02170*<br>*Case No. 19 cv 02709*<br>*Case No. 19 cv 03540*<br>*Case No. 19 cv 03677* | Michael P. Verna<br>mverna@bowlesverna.com<br>BOWLES & VERNA LLP<br>2121 N. California Blvd.<br>Ste. 875<br>Walnut Creek, CA 94596<br>Tel: (925) 935-3300<br>*Counsel for Plaintiffs*<br>*Case No. 19 cv 02322* | Laban Opande<br>laban@opandelaw.com<br>9494 SW Freeway St. 300<br>Houston, TX, 77074<br>Tel: (713) 721-1300<br><br>*and*<br><br>Lawrence T. Ruder (local counsel)<br>lruder@ruderlaw.net<br>RUDER LAW, LLC<br>20 N. Clark St. Ste. 3100<br>Chicago IL, 60602<br>Tel: (312) 481-7007<br>*Counsel for Plaintiffs*<br>*Case No. 19 cv 02770*<br>*Case No. 19 cv 04162* |

Robert A. Clifford
rac@cliffordlaw.com
Kevin P. Durkin
kpd@cliffordlaw.com
Tracy A. Brammeier
tab@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle St., 31st Floor
Chicago, IL 60602
Tel: (312) 899-9090

*and*

John W. Cotchett
jcotchett@cpmlegal.com
Frank M. Pitre
fpitre@cpmlegal.com
Alison E. Cordova
acordova@cpmlegal.com
John P. Thyken
jthyken@cpmlegal.com
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-0577
*Counsel for Plaintiffs*
*Case No. 19 cv 02281*
*Case No. 19 cv 02839*
*Case No. 19 cv 02840*
*Case No. 19 cv 02841*
*Case No. 19 cv 02842*
*Case No. 19 cv 02843*
*Case No. 19 cv 02844*
*Case No. 19 cv 02846*
*Case No. 19 cv 02847*
*Case No. 19 cv 02848*
*Case No. 19 cv 02849*
*Case No. 19 cv 03819*
*Case No. 19 cv 03820*
*Case No. 19 cv 03822*
*Case No. 19 cv 03823*
*Case No. 19 cv 03824*
*Case No. 19 cv 03844*
*Case No. 19 cv 03845*
*Case No. 19 cv 03846*
*Case No. 19 cv 03901*

Floyd A. Wisner
faw@wisner-law.com
Alexandra M. Wisner
awisner@wisner-law.com
WISNER LAW FIRM
514 W. State St., Ste. 200
Geneva, IL 60134
Tel: (630) 262-9434

*and*

Nomaan K. Husain
Nh@hlalawfirm.com
HUSAIN LAW +
ASSOCIATES PC
585 Westheimer, Suite 400
Houston, TX 77057
Tel: (713) 800-1200

*and*

Omar Khawaja
omar@attorneyomar.com
Law Offices of Omar
Khawaja
5959 W. Loop St., Ste. 420
Bellaire, TX 77401
Tel: (281) 969-4837
*Counsel for Plaintiffs*
*Case No. 19 cv 02348*
*Case No. 19 cv 02531*
*Case No. 19 cv 03392*
*Case No. 19 cv 03668*
*Case No. 19 cv 03669*
*Case No. 19 cv 03671*
*Case No. 19 cv 03740*

Todd A. Smith
tsmith@prslaw.com
Brian LaCien
blacien@prslaw.com
POWERS ROGERS &
SMITH LLP
70 W. Madison Street
Suite 5500
Chicago, IL 60602
(312) 236-9381

*and*

Justin T. Green,
jgreen@kreindler.com
Anthony Tarricone
atarricone@kreindler.com
Brian J. Alexander
balexander@kreindler.com
Dan O. Rose
drose@kreindler.com
Erin R. Applebaum,
eapplebaum@kreindler.com
Andrew J. Maloney, III, Esq.
amaloney@ kreindler.com
Marc S. Moller, Esq.
mmoller@kreindle r.com
Megan W. Benett
mbenett@ kreindler.com
KREINDLER &
KREINDLER LLP
750 Third Avenue New York,
NY 10017-5590
(212) 687-8181
*Counsel for Plaintiffs*
*Case No. 19 cv 02969*
*Case No. 19 cv 02971*
*Case No. 19 cv 03297*
*Case No. 19 cv 03298*
*Case No. 19 cv 04107*
*Case No. 19 cv 04137*
*Case No. 19 cv 04140*

Joseph A Power
joepower@prslaw.com
James I. Power
jamespower@prslaw.com
Jonathan Thomas
jthomas@prslaw.com
POWERS ROGERS & SMITH LLP
70 W. Madison Street
Suite 5500
Chicago, IL 60602
(312) 236-9381

*and*

Andrew J. Stern
andy.stern@klinespecter.com
Elizabeth A. Crawford
elizabeth.crawford@klinespecter.com
KLINE & SPECTER PC
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000

*and*

R. Wayne Culbertson
Suresh Nekuri
R. WAYNE CULBERTSON PC
119 West Marker
Kingsport, TN 37660
(423) 247-6161
*Counsel for Plaintiffs*
*Case No. 19 cv 02597*

Pedro Cervantes (Local Counsel)
pcervantes@tristancervantes.com
Tristan & Cervantes
30 W. Monroe St., Suite 630
Chicago, IL 60603
Tel: 312-345-9200

*and*

Benny Agosto, Jr.
bagosto@awtxlaw.com
ABRAHAM, WATKINS,
NICHOLS, SORRELS,
AGOSTO & AZIZ
800 Commerce Street
Houston Texas 77002
Tel: 713-222-7211

*and*

Adam Ramji (pro hac admission pending)
ramji@calltheram.com
RAMJI LAW GROUP
9186 Katy Freeway, Ste 100
Houston, Texas 77055
*Counsel for Plaintiffs*
*Case No. 19-cv-03285*

Floyd A. Wisner
faw@wisner-law.com
Alexandra M. Wisner
awisner@wisner-law.com
WISNER LAW FIRM
514 W. State St., Ste. 200
Geneva, IL 60134
Tel: (630) 262-9434
*Counsel for Plaintiffs*
*Case No. 19 cv 03381*
*Case No. 19 cv 03506*

| | | |
|---|---|---|
| Mark S. Dym<br>Matthew J. Piers<br>Mark B. Weiner<br>Charles Wysong<br>HUGHES SOCOL PIERS RESNICK & DYM, LTD.<br>70 West Madison Street, Suite 4000<br>Chicago, Illinois 60602<br>312-580-0100<br>mdym@hsplegal.com<br>*Counsel for Plaintiffs*<br>*Case No. 19 cv 03751* | Todd A. Smith<br>tsmith@prslaw.com<br>Brian LaCien<br>blacien@prslaw.com<br>POWERS ROGERS & SMITH LLP<br>70 W. Madison Street<br>Suite 5500<br>Chicago, IL 60602<br>(312) 236-9381<br>*Counsel for Plaintiffs*<br>*Case No. 19 cv 03927* | Thomas A. Demetrio<br>Michael K. Demetrio<br>William T. Gibbs<br>Andrew P. Stevens<br>ccfiling@corboydemetrio.com<br>CORBOY & DEMETRIO PC<br>33 N. Dearborn St. 21st Fl.<br>Chicago, Illinois 60602<br>(312) 346-3191<br>*Counsel for Plaintiffs*<br>*Case No. 19 cv 03525* |

D. Michael Andrews
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
324-269-2343
Mike.Andrews@beasleyallen.com
*Counsel for Plaintiffs*
*Case No. 19 cv 03965*
*Case No. 19 cv 04004*
*Case No. 19 cv 04009*

| | | |
|---|---|---|
| Robert A. Clifford<br>rac@cliffordlaw.com<br>Kevin P. Durkin<br>kpd@cliffordlaw.com<br>Tracy A. Brammeier<br>tab@cliffordlaw.com<br>CLIFFORD LAW OFFICES<br>120 N. LaSalle St., 31st Floor<br>Chicago, IL 60602<br>Tel: (312) 899-9090 | Joseph A. Power, Jr.<br>Kathryn L. Conway<br>Jonathan M. Thomas<br>James I. Power<br>POWER ROGERS & SMITH, LLP<br>70 West Madison Street<br>55th Floor<br>Chicago, IL 60602<br>Tel: (312) 236-9381<br>JoePower@prslaw.com<br>KConway@prslaw.com | Candice Diah, Esq.<br>Willie E. Gary, Esq<br>Larry A. Strauss, Esq.<br>LAW OFFICES OF GARY, WILLIAMS, PARENTI, WATSON & GARY, PLLC<br>221 S.E. Osceola Street<br>Stuart, FL 34994<br>T: (772) 283-8260<br>cad@williegary.com<br>larry@williegary.com<br>dpk@williegary.com<br>vs@williegary.com |
| *and* | *and* | *and* |
| Jamie R. Lebovitz (Pro Hac admission pending)<br>NURENBERG, PARIS, HELLER & MCCARTHY CO., LPA<br>600 Superior Avenue East, Suite 1200<br>Cleveland, Ohio 44114<br>Tel: (216) 621-2300<br>Fax: (216) 771–2242<br>Jlebovitz@nphm.com<br>*Counsel for Plaintiffs*<br>*Case No. 19 cv 04027* | Rick Friedman<br>Alisa Brodkowitz<br>Rachel Luke<br>FRIEDMAN RUBIN<br>1126 Highland Ave.<br>Bremerton, WA 98337<br>Tel: (206) 501-4446<br><br>*and*<br><br>Shakespear Feyissa (Pro Hac Vice Pending)<br>Law Offices of Shakespear Feyissa<br>1001 4th Ave.<br>Safeco Plaza, Suite 3200<br>Seattle, WA 98154<br>*Counsel for Plaintiffs*<br>*Case No. 19 cv 04074*<br>*Case No. 19 cv 04076* | Chuck Chionuma, Esq.<br>CHIONUMA LAW FIRM, LLC<br>3100 Broadway Blvd., Suite 602 Kansas City, MO 64111<br>chuck@chionuma.com<br>*Counsel for Plaintiffs*<br>*Case No. 19 cv 4106* |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of June, 2019.

                                                                      s/Jon R. Buck
                                                                     PERKINS COIE LLP
                                                                     131 South Dearborn Street, Suite No. 1700
                                                                     Chicago, Illinois 60603-5559

Tel: (312) 324-8400
Fax: (312) 324-9400