## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Case No. 1:19-cv-2170 (Consolidated)<br><br>District Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: M. David Weisman |

THIS DOCUMENT RELATES TO ALL CASES:

### UNOPPOSED MOTION FOR ORDER APPOINTING PLAINTIFFS' ORGANIZATIONAL STRUCTURE

Plaintiffs' counsel respectfully request that the Court approve an organizational structure for the litigation arising out of the crash of Ethiopian Airlines Flight 302. The undersigned counsel propose a structure, which includes a Lead Counsel, and a Plaintiffs' Executive Committee ("PEC"), Plaintiffs' Steering Committee ("PSC"), and a Liaison Counsel. The proposed Lead Counsel will be Robert A. Clifford of Clifford Law Offices, P.C. The two proposed Co-Chairs of the Executive Committee are Steven C. Marks of Podhurst Orseck, P.A. and Justin T. Green of Kreindler & Kreindler LLP. The proposed Liaison Counsel is Tracy A. Brammeier of Clifford Law Offices, P.C. The proposed PEC would be empowered to appoint lawyers representing victims' families in this litigation to a Plaintiffs' Steering Committee.

The undersigned has conferred with all other Plaintiffs' counsel. Counsel representing the vast majority of Plaintiffs have affirmatively agreed with the relief sought herein. Although not all counsel have affirmatively responded, no one has objected to the relief sought. The undersigned believes in good faith that the motion is unopposed.

## I. Introduction

Plaintiffs' counsel have conferred extensively regarding the creation of a proposed leadership structure to assist in the orderly and efficient prosecution of this litigation. As a result of their discussions, they have agreed that Robert A. Clifford of Clifford Law Offices, P.C. should serve as Lead Counsel. In addition, plaintiffs' counsel have agreed to propose to this Court that two Co-Chairs of the Executive Committee be appointed: (1) Steven C. Marks of Podhurst Orseck, P.A.; (2) Justin T. Green of Kreindler & Kreindler LLP.

Counsel believe the proposed organizational structure will facilitate the orderly and efficient prosecution of this complex case, which involves scores of plaintiffs from numerous countries, many legal issues that will need to be briefed cooperatively among counsel, and the inevitability of a voluminous document production that will require considerable resources and coordination to store and review. Finally, Plaintiffs' counsel propose that Tracy A. Brammeier of Clifford Law Offices, P.C. serve as Liaison Counsel who will facilitate communications between the plaintiffs and the defendants, and between the Plaintiffs and the Court.

## II. Proposed Plaintiffs' Leadership Structure

Because of their extensive collective experience prosecuting numerous commercial airline crash cases similar to this one, the proposed leadership committee is best equipped to run this case in a cost-effective and efficient manner.

### A. Lead Counsel

Plaintiffs' propose Robert A. Clifford of the Clifford Law Offices should serve as Lead Counsel. As Lead Counsel, the Clifford Law Offices will be responsible for: coordinating the responsibilities of the PEC and PSC, receiving and distributing promptly to counsel for non-PEC and non-PSC Plaintiffs all relevant notices and other documents from the Court or from other parties, submitting to the Court and distributing to Defendant any notices or other documents,

2

establishing and maintaining a depository for all documents produced by Defendants, keeping minutes or transcripts of meetings, appearing at periodic court noticed status conferences, performing other necessary administrative or logistical functions, and carrying out any other duty as the Court may order. Robert A. Clifford is well-qualified to serve in this capacity.

### B. Co-Chairs of the Executive Committee

Plaintiffs' propose that two Co-Chairs of the PEC be appointed. The Co-Chairs, along with the Lead Counsel, would provide direction in the lawsuit and guide the PEC in this case. Each proposed Co-Chair would primarily focus on separate issues arising in the lawsuit, with Steven C. Marks having primary responsibility over "legal issues" and Justin T. Green having primary responsibility over "liability discovery issues." That said, these responsibilities are non-exclusive and overlapping. If appointed, the Co-Chairs would share in strategic decision-making and have authority to participate in all aspects of this case.

The undersigned counsel propose that Steven C. Marks of Podhurst Orseck, P.A be appointed PEC Co-Chair primarily responsible for supervision and direction of legal issues arising from this matter. His primary responsibilities would include the following: (i) to advance the common interests of the Plaintiffs in the prosecution of liability and legal issues on damages in the actions against Defendants and any other parties hereafter joined or added as Defendants; (ii) to brief and argue motions and appear at all pretrial proceedings on behalf of Plaintiffs and to oppose all motions of parties whose interests are adverse to Plaintiffs; (iii) to prepare and direct legal research and memoranda on issues of law that arise in this lawsuit; and (iv) to perform such other duties and functions as this Court may direct. Steven C. Marks is well-qualified to serve in this capacity.

The undersigned counsel propose that Justin T. Green of Kreindler & Kreindler LLP, be appointed PEC Co-Chair primarily responsible for supervision and direction of all liability

3

discovery matters arising in this litigation. His primary responsibilities would include the following: (i) to supervise the liability discovery proceedings including the depositions of witnesses, preparation of written interrogatories, requests for production of documents, requests for admission, and other discovery requests; (ii) to initiate motions to compel discovery or for the preservation of evidence; and (iii) to perform such other duties and functions as this Court may direct. Justin T. Green is well-qualified to serve in this capacity.

      **C.**     **Plaintiffs' Executive Committee**

The undersigned counsel propose that a Plaintiffs Executive Committee be appointed. The Executive Committee would include Clifford Law Offices (Robert A. Clifford, Kevin P. Durkin, Tracy A. Brammeier, John V. Kalantzis), Podhurst Orseck P.A. (Steven C. Marks, Ricardo M. Martinez-Cid, and Kristina M. Infante), Kreindler & Kreindler LLP (Justin T. Green, Brian J. Alexander, Daniel O. Rose, Anthony Tarricone, Megan Benett and Erin Applebaum). There are several additional firms that are well-qualified and have requested appointment to the PEC. A meeting of all Plaintiffs' counsel has been scheduled immediately following the upcoming status conference where it is hoped that consensus can be reached on the full the PEC and the PSC. Plaintiffs expect to present to the Court this proposed expanded PEC for the Court's approval.

The PEC, as a group, would be responsible for making strategic decisions that apply to all Plaintiffs involved in this lawsuit. If approved, the PEC would be authorized to prepare liability fact stipulations, discovery requests, and other documents on behalf of all Plaintiffs under the direction of the Lead Counsel and the two Co-Chairs. The Lead Counsel and Co-Chairs would be empowered to designate and assign such duties and responsibilities as they deem necessary for the preparation of the cases for trial.

The undersigned counsel propose that all liability discovery be conducted in a coordinated and consolidated basis by the PEC. All final decisions as to the prosecution of the case should be

4

made by the Lead Counsel and the two Co-Chairs with the advice and consent of the other Members of the PEC. The Plaintiffs propose that the decisions of the PEC bind all Plaintiffs' counsel in this case as if those actions or non-actions had been undertaken by Plaintiffs' counsel, with leave to file application with the Court at any time for good cause shown why Plaintiffs' counsel should not be bound by a particular action or non-action of the PEC.

### D. Liaison Counsel

The Plaintiffs propose Tracy A. Brammeier as Liaison Counsel. Her responsibilities include facilitating communications between the plaintiffs and defendants and between the Plaintiffs and the Court. In most circumstances she will file documents with the Court on behalf of the plaintiffs' committees and will otherwise serve as the primary point of contact for plaintiffs in the case. She will also manage the finances for the Plaintiffs' committees and carry out other responsibilities assigned to her by the Plaintiffs' committees.

### E. Plaintiffs' Steering Committee

The Plaintiffs also propose that this Court approve the creation of a Plaintiffs' Steering Committee. It is hoped that consensus on the make-up of the PSC can be reached at a meeting of all Plaintiffs' counsel scheduled for immediately following the Court's upcoming status conference and presented to the Court for Its approval. If approved, the PSC should be composed of interested Plaintiffs' counsel with aviation experience, or other relevant experience, and cases. The PSC would be called upon by the Lead Counsel and two Co-Chairs on an as-needed basis to assist in the prosecution of the case.

### F. Expenses of the Litigation

The Plaintiffs respectfully request that the Court empower the Lead Counsel and Co-Chairs to determine jointly the amount necessary to be funded in order to prosecute this lawsuit. Once the calculation is made, the Lead Counsel and Co-Chairs should have the right to seek contribution

**Podhurst** Orseck **P.A.**
One SE Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

from all Plaintiffs' counsel for costs required to prosecute the case jointly on behalf of all plaintiffs.

PEC Fees

The Lead Counsel and Co-Chairs do not anticipate seeking a fee assessment in connection with the work performed in this case.

## **CONCLUSION**

Based on the foregoing, Plaintiffs' counsel respectfully request that the Court approve of the organizational structure described herein.

Respectfully submitted,

PODHURST ORSECK, P.A.
SunTrust International Center, Suite 2300
One S.E. Third Avenue
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

**/s/ Ricardo M. Martinez-Cid**
Steven C. Marks
Fla. Bar No. 516414
Ricardo M. Martinez-Cid
Fla. Bar No. 383988
Kristina M. Infante
Fla. Bar. No. 112557

ATTORNEYS FOR THE PLAINTIFFS

6

**Podhurst** Orseck **P.A.**
One SE Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com