# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Huguette Debets, et al.
                        Plaintiff,

v.                                        Case No.: 1:19−cv−02170
                                        Honorable Jorge L. Alonso

Boeing Co., The, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 18, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 11/21/19 at 9:00 a.m. The parties report on the progress of settlement discussions and discovery issues. The parties report that there will be a voluntary mediation program for those Defendants that wish to participate. For the reasons stated on the record, Plaintiffs' unopposed motion for order appointing Plaintiffs' organizational structure [408] is granted. Enter Order. Defendant Boeing Company's agreed motion for extension of time to answer or otherwise respond [409] is granted to 10/4/19. Motion hearing date of 9/19/19 is stricken. Pursuant to the stipulations of dismissal filed at docket numbers [305],[306] and [307] Defendants Hamilton Sunstrand Corporation d/b/a UTC Aerospace Systems and Rockwell Collins, Inc. d/b/a Collins Aerospace are dismissed without prejudice from related cases 19−cv−4242, 19−cv−4074 and 19−cv−4076. The Clerk is directed to terminate Defendants Hamilton Sunstrand Corporation d/b/a UTC Aerospace Systems and Rockwell Collins, Inc. d/b/a Collins Aerospace from those related case numbers. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.