**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH | Lead Case: 1:19-cv-02170 (Consolidated) <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of September 12, 2019, the parties submit the following joint report regarding the status of discovery.

**Status of the litigation**

101 cases have been filed for at least as many decedents from approximately 35 countries. Plaintiffs plan to file a master complaint prior to the next status hearing before Judge Alonso on November 21, 2019.

**Plaintiffs' Initial Disclosures**

Plaintiffs filed one joint initial liability disclosure. Plaintiffs are making separate, individualized initial damages disclosures for each case within 30 days of Boeing's answer to each complaint. Plaintiffs will supplement these disclosures on an ongoing basis. Boeing awaits initial disclosures from certain plaintiffs and will require additional employment, education, tax, and/or medical records from all plaintiffs in order to examine the Plaintiffs' claims for damages.

**Boeing's Initial Production**

In correspondence dated August 20, 2019, Boeing informed Plaintiffs that it was already collecting and reviewing such documents with the intent to begin production of ESI by mid-October, subject to entry of a protective order. On October 11, 2019, two days after the protective

order in this case was entered, Boeing produced 61 documents with over 14,000 pages. On October 16, 2019, Boeing produced over 28,000 documents with over 550,000 pages of documents as part of its first wave of ESI production. Those documents included materials related to the design, development, testing, and certification of the MCAS for the Boeing 737 MAX 8 that were before the FAA issued an Amended Type Certificate for the 737-8.

In subsequent correspondence after this initial production, Boeing agreed to include in the next wave documents regarding MCAS design, development, and certification dated from March 8, 2017 (when the FAA issued an Amended Type Certificate for the 737-8) to the date of the Ethiopian Airlines Flight 302 accident. Boeing also plans to include in the scope of such review and production documents relating to the Safety Review Board process following the Lion Air accident. The custodians would include individuals identified in Boeing's Initial Disclosures as likely to have discoverable information regarding these subjects. Boeing notes, however, that Section 5.26 of Annex 13 of the International Convention on Civil Aviation ("Annex 13") explicitly prohibits Boeing from releasing information on the progress and findings of either investigation without the express consent of the State conducting the investigation. Federal law also prohibits Boeing from disclosing such information without the express consent of the NTSB, 49 C.F.R. §§ 831.13, 831.22, and the NTSB has instructed Boeing that it may not disclose documents and communications between the NTSB or the governments of Indonesia and Ethiopia. When each accident investigation is complete and the final accident report accident information is released publicly, Boeing will seek guidance from NTSB as to whether it is released from its restrictions under Annex 13 for purposes of information related to that accident investigation. Following the release of the report of the investigation of the Lion Air accident today, Boeing already reached out to NTSB in an effort to seek guidance regarding its obligations.

Plaintiffs have stated Boeing's initial production does not meet its obligations under the pilot program and have sent several letters to counsel for Boeing iterating the need for initial production to be determined and organized according to Plaintiffs' identified "priority" categories of material, which are:

    a. Material related to the design, development, testing, and certification of the MCAS for the Boeing 737 MAX 8.

    b. Material relating to the crash of Lion Air Flight 610 (including the accident investigation and the consideration of potential safety, design, or certification issues and potential mitigating action).

    c. Material relating to the investigation of the crash of Ethiopian Airlines Flight 302 (including the accident investigation and the consideration of potential safety, design, or certification issues and potential mitigating action).

The parties met and conferred telephonically on this and other subjects discussed below on October 25, 2019. Plaintiffs believe Boeing should immediately produce any documents previously gathered pursuant to requests by any investigating authorities of the crash of Lion Air Flight 610, Ethiopian Airlines Flight 302, and the 737 MAX 8. Boeing maintains the scope of its initial production is adequate and will continue in future tranches of documents. Plaintiffs have requested Boeing identify the documents it claims it must withhold under Annex 13 as outlined above and produce any correspondence with the NTSB or other authorities prohibiting or limiting full disclosure.

**ESI Protocol**

Plaintiffs sent Boeing a proposed ESI protocol on October 18, 2019. The parties addressed technical disagreements regarding the ESI production on October 25. Boeing has agreed to respond to Plaintiffs' proposed protocol and questions regarding Boeing's databases by November 4, 2019. Boeing has also agreed to investigate the existence of additional organizational charts for the last ten years and produce such charts, if they are located, by the next meet and confer on the topic of

ESI. The parties have agreed this next meeting should be in person the week of November 11, 2019, with the exact date to be determined. However, as noted above, Boeing has already made a substantial production of ESI and intends to continue to produce ESI on an ongoing basis.

### Other Issues

On October 3, 2019, Plaintiffs served a Notice of Deposition under Fed. R. Civ. P. 30(b)(6) seeking testimony regarding (1) Boeing's organizational structure; and (2) Boeing's information technology infrastructure. On October 16, 2019, following the entry of the protective order, Boeing produced a demonstrative organizational chart showing the high-level relationship between Boeing's various organizational structures, as well as current organization charts for key groups relevant to the design, development, and certification of MCAS, which Boeing had identified in prior correspondence regarding its planned ESI productions. Boeing believes that, in light of its ongoing productions, including the ESI productions referenced above, a deposition is unnecessary. Plaintiffs have agreed to review additional productions and revisit these issues pursuant to the conference on October 25, 2019, as discussed above.

Plaintiffs have requested Boeing produce information regarding its document retention policies and management. The parties continue to discuss this issue and will advise the Court of any progress on October 28, 2019.

Finally, Plaintiffs have issued subpoenas for documents to Southwest Airlines, American Airlines, and former Boeing employee Mark Forkner. Responses are expected within the next two weeks.

Dated: October 25, 2019

PLAINTIFFS
Robert A. Clifford
rac@cliffordlaw.com
Kevin P. Durkin

DEFENDANTS
Dan K. Webb
dwebb@winston.com
Christopher B. Essig

4

kpd@cliffordlaw.com
Tracy A. Brammeier
 tab@cliffordlaw.com
John V. Kalantzis
ivk@cliffordlaw.com
CLIFFORD LAW OFFICES, P C.
120 N. LaSalle Street Suite 3100
Chicago, Illinois 60602
(312) 899-9090
*On behalf of all Plaintiffs*

cessig@winston.com
Julia Mano Johnson
jmjohnson@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
(312) 588-5600

Mack H. Shultz, Jr.
MShultz@perkinscoie.com
Bruce D. Campbell
BCampbell@perkinscoie.com
Michael Scoville
MScoville@perkinscoie.com
Christopher M. Ledford
CLedford@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue Suite 4900
Seattle, Washington 98101-3099
206-359-8000

Jonathan R. Buck
ibuck@perkinscoie.com
Daniel T. Burley
dburley@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn St.
Suite 1700 Chicago, IL 60603
312-324-8400
*Attorneys for The Boeing Company*

Garrett Joseph Fitzpatrick
garrett.fitzpatrick@fitzhunt.com
FITZPATRICK & HUNT, PAGANO,
AUBERT, LLP
12 E. 49th Street
31st Floor
NY, NY 10017
212-937-4002

Nicholas C. Bart
nick.bart@fitzhunt.com
Shane B. Nichols
Shane.nichols@fitzhunt.com
FITZPATRICK & HUNT, PAGANO,
AUBERT, LLP
20 S. Clark St.
Suite 2620 Chicago, IL 60603
312-728-4902
*Attorneys for Rosemount Aerospace, Inc.*

5

<mark>Case: 1:19-cv-02170 Document #: 538 Filed: 10/25/19 Page 6 of 6 PageID #:15477</mark>

6